UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM JACKSON, et al.,

    Plaintiffs,

v.

CARTERET MORTGAGE, INC., et al.,

    Defendants.

CASE NO. C06-48JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    After reviewing the parties' stipulation (Dkt. # 8, Exhibit 1), the court REMANDS this action to King County Superior Court.

    Filed and entered this 14th day of February, 2005.

                                BRUCE RIFKIN, Clerk

                                      s/Mary Duett
                          By
                                      Deputy Clerk

MINUTE ORDER